# CERTIFICATE TO BE FILED WITH NOTICE OF APPEAL TO THE COURT OF APPEALS

**APPELLATE NO.**
(To be filled in by COA)

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
6/11/2015 1:18:33 PM
CATHY S. LUSK
Clerk

**TRIAL COURT NO. 2013-0744**

**STATE OF TEXAS**                              **217TH JUDICIAL DISTRICT COURT**

**VS.**                                                        **COURT OF**

**STANFORD JONES, SR.**                     **ANGELINA COUNTY, TEXAS**

**The records of my office reflect the following information in this case:**

**CASE TYPE:**        ARSON W/INTENT TO DAMAGE HABITAT/PLACE OF WORSHIP(2 COUNTS); ARSON(4 COUNTS)

**JUDGMENT OF APPEALABLE ORDER SIGNED:**

**MOTION FOR NEW TRIAL FILED:**

**NOTICE OF APPEAL FILED:**     06/10/2015

**REQUEST FOR FINDINGS OF FACT:**

**DATE REQUEST FOR REPORTER'S RECORD FILED:**

**PRESIDING TRIAL COURT JUDGE:**     HON. ROBERT K. INSELMANN, JR.

**TRIAL COURT REPORTER(S):  TERRI DAVIS**

**WAS APPELLANT DELCARED INDIGENT?**          √YES          NO

**APPELLANT'S COUNSEL IS:**     Retained          √Appointed          Pro se

**APPELLANT'S ATTORNEY:**     JOHN D. REEVES

                        **ADDRESS:**     1007 GRANT AVE.
                                      LUFKIN, TX 75901

             **TELEPHONE:**     936-632-1609          **FAX:**     936-632-1640

**STATE BAR CARD NO.:**     16723000

**\*APPELLEE'S ATTORNEY:**    APRIL AYERS-PEREZ

**ADDRESS:**    P.O. BOX 908
LUFKIN, TX 75902

**TELEPHONE:**    936-632-5090

**STATE BAR CARD NO.:**    24090975

**DATED THIS 11TH DAY OF JUNE, 2015.**



**Reba D. Squyres**
**Angelina County, District Clerk**
**/S/Robin J. Crain, Deputy Clerk**

**(Complete in duplicate – Original to 12ᵗʰ Court of Appeals/Trial Court)**
**1517 W. Front St., Suite 354, Tyler, TX 75702**

**\*\*PLEASE ATTACH A FILE-MARKED COPY OF THE NOTICE OF APPEAL TO THIS FORM.  PLEASE BE SURE THAT ALL OF THE REQUESTED INFORMATION IN COMPLETE.  THANK YOU.**

FILED

THE STATE OF TEXAS § IN THE 217th DISTRICT COURT '10 PM 4:55

§

VS. § OF

§

STANFORD DEWAYNE JONES, SR. § ANGELINA COUNTY, TEXAS

## <u>NOTICE OF APPEAL</u>

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Stanford Dewayne Jones, Sr., Defendant by and through trial Counsel in the above-styled and numbered cause, and would show this Honorable Court the following:

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes Patrick Nicholas Taylor, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered on May 15, 2015 against Stanford Dewayne Jones, Sr.

By separate filing, the Defendant has requested the trial court to certify his appeal of this case. This criminal case is not in a plea-bargain case, and the defendant has the right of appeal.

The Defendant wishes to appeal this case to the 12th Judicial Court of Appeals, Tyler, Texas.

WHEREFORE, PREMISES CONSIDERED, Defendant does herein formally give his Notice of Appeal.

Respectfully submitted,

John D. Reeves
Attorney for Petitioner
State Bar No.: 16723000
1107 Grant Avenue
Lufkin, Texas 75901
Telephone: (936) 632-1609
Fax: (936) 632-1640

## CERTIFICATE OF SERVICE

This is to certify that on June 10, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Angelina County, by eService at aperez@angelinacounty.net.

_____
John D. Reeves

4

# CRIMINAL DOCKET SHEET

Date:   12/20/2013

Cause:  2013-0744

THE STATE OF TEXAS
VS
STANFORD DEWAYNE JONES, Sr.

Offense:  ARSON INTEND DAMAGE HABITAT/PLACE OF WORSHIP; ARSON; ARSON; ARSON; ARSON INTEND DAMAGE HABITAT/PLACE OF WORSHIP; ARSON

State Attorney:
ART BAUEREISS
ELMER BECKWORTH, Jr.

Defendant's Attorney: ( ) Retained  ( ) Appointed

| Date | Orders of the Court |
|------|--------------------|
| 6-3-14 | Δ present at Jail Call, arraignment, *waived*, pleaded NG. BB |
| 2/2/15 | S/ Order for Fingerprint |
| 3/16/15 | Jury Selection. Jury impaneled. |
| 3/23/15 | Jury seated. Parties Ready. Indictment Read. Six Counts of Arson. Plea "Not Guilty" 1st Witness Shawn Alexander LPD. St. Ex 2A - 2R (A) Saw charred marks on house. Officer Christopher Nash LPD St. Ex 4 (A) - 4G (A) *called anyway*, to a different fire Brown Bag Ex 5 (A) & Ex 5-A (A) Can, James Davis 3RD Can't remember anything. Went to high school w/ D. Ruby Alexander 4th Not Id as Witness Did not testify. Steve McCool 5th Fire Marshal. St. Ex¹ 9060 Quinn Fire 11/12/12 |

# CRIMINAL DOCKET SHEET

Date:

Cause: 2013-0744

Offense: Arson

State Attorney:

THE STATE OF TEXAS
VS

Stanford Dewayne Jones

Defendant's Attorney: ( ) Retained ( ) Appointed

| Date | Orders of the Court |
|------|---------------------|
| 3/23/15 | McCool. St. Ex 11 (A) City Charter Certified Clearly Arson. OQuinn house was occupied by "Pops" Gilmore. And 3A Envelope, 13 B Black Ray Envelope 13 C Plastic Bag containing Black Rape Not Admitted yet. Another fire investigated on Hoses Hispheas 6A - 6E Photographs (A) Occupied by Alexanders. Ozzie Jarma 6th Captain Lafain PD, was Asst. Fire Marshal 12 A Envelope containing 12 B Wade envelope buccal swabs not admitted yet. Lunch 7th Keith Lenway LPD Custodian of Records St. Ex 8 Video on Nov 14 (A) 8th Steve McCool Wilson St. fire 7A - 7 Q Photographs (A) unknown if arson, believe intensly set on fire |

6

# CRIMINAL DOCKET SHEET

Date:

Cause: 2013 - 0744

Offense: Arson

State Attorney:

THE STATE OF TEXAS
VS

Stanford Dewayne Jones

Defendant's Attorney: ( ) Retained ( ) Appointed

| Date | Orders of the Court |
|------|---------------------|
| | But can't state. This is court IV.? Atty Michelle Dupree (ave wilson) |
| | knows △, good friend. Chief Bobby Hobbs |
| | Lufkin FD. responded to Wilson fire Does not |
| | know cause of fire. McCool 813 Kelty's |
| | Owen's Club Nov 15 fire 9A - 9N (A) Intentional |
| | Fire. Ozzie Jarmon recalled 714 Cottonbelt |
| | fire St. Ex 10A - 10H (A) Nov 15 fire Intentional |
| | fire. Mrs Owens' lives on Kelty's St. also (Lara) (Black) |
| | Owens Club. Mr Lanzy Owens owner of |
| | Owens Club saw fire and extinguished it |
| | Brandon White LPD Nov 14 stopped fire on |
| | Cottonbelt. Jeremy Charvooz LPD Criminal |
| | Scene Tech O'Quinn fire saw black rag. |
| | Steve Abbott - LPD Investigator |

# CRIMINAL DOCKET SHEET

Date:

Cause: 2013-0744

Offense: Arson Six Counts

State Attorney:

THE STATE OF TEXAS
VS

Stanford Jones

Defendant's Attorney: ( ) Retained ( ) Appointed

| Date | Orders of the Court |
|------|---------------------|
| | Found spit on railroad tracks after owners fire |
| | Christie Bateman LPD Evidence Custodian |
| | Christine Eskines LPD Property, |
| | Brenda Jones Rennels mother of △ |
| | 24A — 24 I Photographs (A)   Jane Denton |
| | DNA expert w/ DPS. Examine DNA from |
| | spit and black rag. St Ex 15 Forensic Biology Lab |
| | Report (A) St. Ex 16 DNA Lab Report (A) |
| | DNA Match between Jones and black rag and spit |
| | Chad Hopper Warden of Jail |
| | Booking Sheet dated 11/15/12 St. Ex 17 (A) |
| | 3 lighters in possession Ms Rennels mother witness |
| | recalled. FB account of Stanford Jones |
| | Latonya Siggers They were on O'Quinn |

# CRIMINAL DOCKET SHEET

Date:                                            THE STATE OF TEXAS
VS

Cause:

Offense:

State Attorney:                        Defendant's Attorney: ( ) Retained  ( ) Appointed

| Date | Orders of the Court |
|------|---------------------|
|  | she left her about 5-10 minutes |
|  | Evelyn Hamilton, ex girlfriend of Stanford |
|  | St. Ex 25 Facebook Page (A) Steve |
|  | McKool (St. 8/19 B — 19 E (A) St Ex 1 Map (A) |
|  | St. Ex 22 (A) Hospital Records St. Ex 23 |
|  | Yahoo Records (A). Δ no witnesses |
|  | Parties Rest and Close. Read Charge |
|  | Jury start deliberations 2:07 Verdict |
|  | 4:05 Count I (G) Count II (G) |
|  | Count III (NG) Count V (G), Count |
|  | VI (NG) Count IV was not submit because |
|  | no evidence Verdict Guilty on Count |
|  | I, II and V |
|  |  |
|  |  |

# CRIMINAL DOCKET SHEET

Date:    12/20/2013

Cause:   2013-0744

THE STATE OF TEXAS
VS
STANFORD DEWAYNE JONES, Sr.

Offense:  ARSON INTEND DAMAGE HABITAT/PLACE OF WORSHIP; ARSON; ARSON; ARSON; ARSON INTEND DAMAGE HABITAT/PLACE OF WORSHIP; ARSON

State Attorney:
ART BAUEREISS
ELMER BECKWORTH, Jr.

Defendant's Attorney: ( ) Retained  ( ) Appointed

JOHN W TUNNELL

| Date | Orders of the Court |
|------|---------------------|
| 5/14/15 | Hearing on Sentencing. Runnels his Mother testified |
| | Sentence - 20 years TDC |
| 6/9/15 | S/ Order to Withdraw |
| 6/10/15 | Appt Reeves |
| | |
| | |
| | |
| | |
| | |
| | |

CAUSE NO. 2013-0744

FILED
2015 JUN 10 PM 2:51
REGA U SQUIRES
CLERK DISTRICT COURT
ANGELINA COUNTY, TEXAS
BY

THE STATE OF TEXAS

VS.

Stanford Jones

IN THE DISTRICT COURT

OF

ANGELINA COUNTY, TEXAS

## ORDER FOR APPOINTMENT FOR ATTORNEY FOR APPEAL

The Defendant, by and through trial counsel heretofore appointed by

the Court after proper application establishing indigency, has filed Notice of

Appeal of the Judgment entered in this cause. Accordingly, the Court hereby

appoints John Reeves , found to be competent to

represent the Defendant in the appeal of the above numbered and entitled cause,

and to continue to represent the Defendant until the case is concluded, or until

released by written order of the Court.

SIGNED this 10th day of June , 2015.

_____
DISTRICT JUDGE PRESIDING

FILED
2015 JUN 10 AM 9: 42

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| V. | § | OF |
| | § | |
| STANFORD JONES | § | ANGELINA COUNTY, TEXAS |

## ORDER GRANTING MOTION TO WITHDRAW

On this day came to be considered the Attorney John W. Tunnell's Motion to Withdraw and after considering the same hereby ORDERS that attorney John W. Tunnell is hereby allowed to withdraw as counsel.

SO ORDERED on this ___ day of _____, 2015.

_____
JUDGE PRESIDING